7jgmthhd (7/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ***In Re:*** Jeron Ashley Milburn and Jessica Marie Milburn<br>***Debtor*** | ***Bankruptcy Case No.***<br>15−41797−drd7 |
| **Blue Valley Hospital, Inc.**<br>    Plaintiff(s) | ***Adversary Case No.***<br>15−04103−drd |
| v. | |
| **Jessica Marie Milburn**<br>    Defendant(s) | |

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Dennis R. Dow , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: that the debt in the amount of $3,760.25 that Jessica Marie Milburn owes to Blue Valley Hospital, Inc. in Case No. 15−41797−drd7 is excepted from discharge.



Paige Wymore−Wynn
Acting Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk

Date of issuance: 10/27/15

Court to serve